NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Ceballos Padilla, | No. CV-18-0121-PHX-SRB (BSB) |
| Petitioner, | **ORDER** |
| v. | |
| Enrique M. Lucero, et al. | |
| Respondents. | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on January 12, 2018 asserting six grounds for relief. On screening the Court dismissed Grounds One and Two and ordered Respondent to answer Grounds Three through Six. (Doc. 6) Respondent Enrique Lucero filed his Response to the Petition for Writ of Habeas Corpus on February 20, 2018 and Petitioner filed a Reply on March 13, 2018. Pending before the Court are Petitioner's Motion for Immediate Release (Doc. 13) and Motion for Stay of Removal Pending Consideration of Petition for a Writ of Habeas Corpus (Doc. 19).

On April 11, 2018, the Magistrate Judge issued her Report and Recommendation recommending that Petitioner's Motion for Immediate Release and Motion for Stay of Removal be denied.

In her Report and Recommendation the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation

have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

**IT IS FURTHER ORDERED** denying the Petitioner's Motion for Immediate Release and Motion for Stay of Removal. (Docs. 13 and 19)

Dated this 9th day of May, 2018.

_____
Susan R. Bolton
United States District Judge