NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Ceballos Padilla, | No. CV-18-00121-PHX-SRB |
| Petitioner, | **ORDER** |
| v. | |
| Enrique M. Lucero, et al., | |
| Respondents. | |

Petitioner, Manuel Ceballos Padilla, filed his Petition for Writ of Habeas Corpus on January 12, 2018. Respondents filed a response on February 20, 2018 and Petitioner filed a reply on March 13, 2018.

The Magistrate Judge filed her Report and Recommendation on September 6, 2018 recommending that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be denied. Also on September 6, 2018 Petitioner filed a Motion to Expedite Decision. On September 19, 2018 Petitioner filed timely written objections to the Report and Recommendation of the Magistrate Judge. On October 2, 2018, Respondents' filed a Notice of Petitioner's Removal and Suggestion of Mootness advising the Court that Petitioner was removed to Mexico on September 21, 2018. Attached to the Notice are documents confirming Petitioner's removal through the Nogales Arizona Port of Entry on September 21, 2018.

The Court finds the Petition for Writ for Writ of Habeas Corpus to be moot as Petitioner is no longer in custody.

. . .

1  **IT IS ORDERED** dismissing the Petition for Writ of Habeas Corpus as moot.

2  **IT IS FURTHER ORDERED** denying as moot Petitioner's Motion to Expedite

3  Decision. (Doc. 32).

4  **IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

6  Dated this 18th day of October, 2018.

Susan R. Bolton
United States District Judge